UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CENTURY INDEMNITY COMPANY, a
Pennsylvania corporation,

    Plaintiff,

    v.

EVERETT STEEL, INC., a Washington
corporation,

    Defendant.

No. 2:17-cv-00011-RSM

**ORDER STAYING CASE
THROUGH SEPTEMBER 1, 2017**

Based upon the Stipulation of the Parties, and for good cause, it is hereby

ORDERED that:

1.  This matter is STAYED until September 1, 2017. The deadline for the Defendant to

    respond to the Complaint is continued until 10 days after the expiration of the stay.

    Either party may move to lift the stay, and

2.  The Parties shall file a Joint Status Report on or before September 1, 2017.

Dated this 17 day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STAYING CASE  - 1
2:17-cv-00011-RSM

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax