UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CENTURY INDEMNITY COMPANY, a Pennsylvania corporation,

    Plaintiff,

v.

EVERETT STEEL, INC., a Washington corporation,

    Defendant.

No. 2:17-cv-00011-RSM

**ORDER STAYING CASE THROUGH NOVEMBER 15, 2017**

Based upon the Stipulation of the Parties, it is hereby

ORDERED that:

1. This matter is STAYED until November 15, 2017. The deadline for the Defendant to respond to the Complaint is continued until 10 days after the expiration of the stay. Either party may move to lift the stay,

2. EVERETT STEEL, INC. shall provide monthly status reports and copies of all technical reports and sampling results on or before September 1, 2017, October 1, 2017, and November 1, 2017

3. The Parties shall file a Joint Status Report on or before November 15, 2017.

ORDER STAYING CASE THROUGH NOVEMBER 15, 2017 - 1
2:17-cv-00011-RSM

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

Dated this 7 day of August, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STAYING CASE THROUGH NOVEMBER 15, 2017 - 2
2:17-cv-00011-RSM

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax