HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>EVERETT STEEL, INC., a Washington corporation,<br><br>Defendant. | No. 2:17-cv-00011-RSM<br><br>**ORDER STAYING CASE THROUGH MARCH 30, 2018** |

Based upon the Stipulation of the Parties, it is hereby

ORDERED that:

1. This matter is STAYED until March 30, 2018. The deadline for the Defendant to respond to the Complaint is continued until 10 days after the expiration of the stay. Either party may move to lift the stay.

2. EVERETT STEEL, INC. shall provide monthly status reports and copies of all technical reports and sampling results on or before December 1, 2017, January 1, 2018, February 1, 2018, and March 1, 2018.

3. The Parties shall file a Joint Status Report on or before March 30, 2018.

ORDER STAYING CASE THROUGH MARCH 30, 2018 - 1
2:17-cv-00011-RSM

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

Dated this 15 day of November, 2017.

                              RICARDO S. MARTINEZ
                              CHIEF UNITED STATES DISTRICT JUDGE

ORDER STAYING CASE THROUGH MARCH 30, 2018 - 2
2:17-cv-00011-RSM

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax