UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>EVERETT STEEL, INC., a Washington corporation,<br><br>    Defendant. | No. C17-011 RSM<br><br>**ORDER STAYING CASE THROUGH SEPTEMBER 7, 2018** |

Based upon the Stipulation of the Parties, it is hereby

ORDERED that:

1. This matter is STAYED until September 7, 2018. The deadline for the Defendant to respond to the Complaint is continued until 10 days after the expiration of the stay. Either party may move to lift the stay.

2. EVERETT STEEL, INC. shall provide monthly status reports and copies of all technical reports and sampling results on or before May 1, 2018, June 1, 2018, July 1, 2018, and August 1, 2018.

ORDER STAYING CASE THROUGH SEPTEMBER 7, 2018 - 1
2:17-cv-00011-RSM

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

3. The Parties shall file a Joint Status Report on or before September 7, 2018.

Dated this 28th day of March, 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STAYING CASE THROUGH SEPTEMBER 7, 2018 - 2
2:17-cv-00011-RSM

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax