UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>EVERETT STEEL, INC., a Washington corporation,<br><br>    Defendant. | No. 2:17-cv-00011-RSM<br><br>ORDER STAYING CASE THROUGH JANUARY 17, 2020 |

Based upon the Stipulation of the Parties, it is hereby

ORDERED that:

1. This matter is STAYED until January 17, 2020. The deadline for the Defendant to respond to the Complaint is continued until 10 days after the expiration of the stay. Either party may move to lift the stay.

2. EVERETT STEEL, INC. shall provide monthly status reports and copies of all technical reports and sampling results on or before January 1, 2020.

3. The Parties shall file a Joint Status Report on or before January 17, 2020.

ORDER STAYING CASE THROUGH JANUARY 17, 2020 - 1
2:17-cv-00011-RSM

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

Dated this 20th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STAYING CASE THROUGH JANUARY 17, 2020 - 2
2:17-cv-00011-RSM

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax