UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, a Pennsylvania corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>EVERETT STEEL, INC., a Washington corporation;<br><br>                    Defendant. | Cause No. 2:17-cv-00011-TL<br><br>ORDER GRANTING UNOPPOSED JOINT MOTION FOR GOOD FAITH SETTLEMENT AND CLAIM BAR |

This matter comes before the Court on the Unopposed Joint Motion for Claim-Bar (the "motion") brought by Plaintiff Century Indemnity Company ("Century") and Everett Steel, Inc. ("Everett Steel").

The Court has considered the motion, the supporting declarations, and all pleadings and filings on record. The Court GRANTS the motion. The Court further FINDS and ORDERS:

1. The Settlement Agreement is reasonable and is the result of arm's-length negotiations between parties represented by counsel. The Settlement Agreement is not collusive, inadequate, or entered into for any improper purpose.

ORDER GRANTING UNOPPOSED JOINT MOTION FOR GOOD FAITH SETTLEMENT
AND CLAIM BAR – 1

2.  Any non-settling insurers are adequately protected.

3.  The Court ORDERS that all claims against Defendant in this action are DISMISSED with prejudice. The Court further ORDERS that any other claims or causes of action in connection with this action against Plaintiff are hereby BARRED.

4.  The Court DIRECTS that this Order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

Dated this 10th day of March 2022.

The Honorable Tana Lin